HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
GUILLERMO CATZALCO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUILLERMO CATZALCO,<br>Defendant. | CASE NO. 1:26-CR-00069-JLT-SKO<br><br>STIPULATION REGARDING CONTINUANCE; ORDER<br><br>DATE: November 13, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Frank J. Singer |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

This case is set for status conference regarding the pretrial services violation petition on November 13, 2026. The parties now move to continue the status conference on the matter until December 7, 2026. The continuance will give Pretrial Services additional time to obtain updated laboratory results related to these proceedings. No exclusion of time is necessary at this time, as the matter is set for another status conference on November 18, 2026.

IT IS SO STIPULATED.

Dated: November 12, 2026

ERIC GRANT
United States Attorney

*/s/ Robert Veneman-Hughes*
Robert Veneman-Hughes
Assistant United States Attorney

HEATHER E. WILLIAMS
Federal Defender

Dated: November 12, 2025

*/s/ Christina Corcoran*
Christina Corcoran
Counsel for Defendant
GUILLERMO CATZALCO

**ORDER**

IT IS SO ORDERED. The Court hereby continues the status conference currently scheduled for November 13, 2026, to December 7, 2026, at 2:00 p.m. before Magistrate Judge Frank J. Singer.

Dated: November 13, 2026

THE HONORABLE FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE